# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-4259-JPG |
| ) | |
| JAMI R. HOLLAND, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

This matter having come before the Court upon Plaintiff's notice of dismissal and the Court having found that Plaintiff has dismissed the case with prejudice,

IT IS ORDERED AND ADJUDGED that all claims by the plaintiff against defendant Jami R. Holland in this case are **DISMISSED with prejudice**.

**DATED: November 4, 2005**

**NORBERT G. JAWORSKI, CLERK**

**s/ Judith Prock,  Deputy Clerk**

**APPROVED:**     /s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **U.S. District Judge**